| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Nates Auto Repair & Performance, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION |
| Case number (if known): | 20-12446-EPK |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allegheny Resources LLC** 9980 S 300 W Ste 200 Sandy, UT 84070-3654 | | **Loan** | **Contingent Unliquidated Disputed** | | | $150,550.00 |
| **Ally Financial** PO Box 380901 Bloomington, MN 55438-0901 | | | | $70,707.49 | $0.00 | $70,707.49 |
| **Ally Financial** PO Box 380901 Bloomington, MN 55438-0901 | | | | $58,368.03 | $0.00 | $58,368.03 |
| **Ally Financial** PO Box 380901 Bloomington, MN 55438-0901 | | **Vehicle Loan** | | $23,027.65 | $0.00 | $23,027.65 |
| **Beacon Funding Equipment Financing** 3400 Dundee Rd Ste 180 Northbrook, IL 60062-2367 | | | | $594,335.93 | $0.00 | $594,335.93 |
| **Beacon Funding Equipment Financing** 3400 Dundee Rd Ste 180 Northbrook, IL 60062-2367 | | | | $441,039.02 | $0.00 | $441,039.02 |

Debtor **Nates Auto Repair & Performance, Inc.**
Name

Case number *(if known)* **20-12446-EPK**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMO Harris Transportation Financing<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | | | | $56,590.03 | $0.00 | $56,590.03 |
| BMO Harris Transportation Financing<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | | Vehicle Loan | | $55,320.81 | $0.00 | $55,320.81 |
| BMO Harris Transportation Financing<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | | | | $43,775.44 | $0.00 | $43,775.44 |
| Bridge Capital Services<br>1777 Reisterstown Rd Ste 390<br>Pikesville, MD 21208-1421 | | Loan | Contingent Unliquidated Disputed | | | $0.00 |
| CIT<br>21146 Network Pl # Palce<br>Chicago, IL 60673-1211 | | | | $125,797.75 | $0.00 | $125,797.75 |
| Commercial Credit Group Inc.<br>227 W Trade St Ste 1450<br>Charlotte, NC 28202-2664 | | | | $225,744.00 | $0.00 | $225,744.00 |
| Complete Business Solutions<br>2000 Pga Blvd Ste 4440<br>Palm Beach Gardens, FL 33408-2738 | | Loan | Contingent Unliquidated Disputed | | | $273,295.01 |
| FirstStarHR II<br>4455 Lyndon B Johnson Fwy Ste 1080<br>Dallas, TX 75244-5918 | | | | | | $22,509.25 |

Debtor **Nates Auto Repair & Performance, Inc.**  
Name

Case number *(if known)* **20-12446-EPK**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Forward Financing LLC** **100 Summer Streeet Ste 1175** **Boston, MA 02108** | | **Loan** | **Contingent Unliquidated Disputed** | | | $28,580.00 |
| **Green Capital Funding** **53 Mason St** **Greenwich, CT 06830-5434** | | **Loan** | | | | $140,000.00 |
| **On Deck Capital** **1400 Broadway Fl 25** **New York, NY 10018-5225** | | **Loan** | **Contingent Unliquidated Disputed** | | | $39,092.35 |
| **Progressive Express Insurance Company** **6300 Wilson Mills Rd** **Mayfield Village, OH 44143-2109** | | **Cancelled insurance premium** | | | | $5,118.22 |
| **Toyota Commercial Finance** **PO Box 660926** **Dallas, TX 75266-0926** | | | | $103,103.00 | $0.00 | $103,103.00 |
| **Toyota Commercial Finance** **PO Box 660925** **Dallas, TX 75266-0925** | | | | $100,091.75 | $0.00 | $100,091.75 |