UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  CASE NO: 20-12446-EPK

NATE'S AUTO REPAIR &
PERFORMANCE, INC. d/b/a  Chapter 11
All Hooked Up Towing,

    Debtor-in-Possession.
_____/

## STATUS REPORT

NATE'S AUTO REPAIR & PERFORMANCE, INC. (the "Debtor"), by and through its undersigned counsel, and in accordance with 11 U.S.C. §1188(c), files this *Status Report* and states as follows:

1. The Debtor filed for bankruptcy pursuant to 11 U.S.C. Chapter 11 on February 25, 2020 (DE 1).

2. A status conference is scheduled for April 2, 2020 at 10:30 a.m.

3. The Debtor is a towing company with three (3) locations and twenty-seven pieces of equipment, including twenty-two (22) tow trucks and several Bobcats.

4. Prior to filing, one of the Debtor's 3 largest tow trucks was repossessed by BMO Bank.

5. After the filing of the Chapter 11, BMO Bank has returned the repossessed tow truck to the Debtor

6. All twenty-two (22) tow trucks are financed.

7. In order to achieve a consensual plan, Debtor's counsel has commenced, or will commence, negotiations with each of the thirteen (13) lenders to lower the total balance due on

each truck, extend the terms of the loans if necessary, and reduce the interest rate and monthly payments. Some of the lenders are charging as much as 10% interest on the loans.

8. Debtor's counsel is preparing the appropriate Motions to Value ("MTV") for the loans, working with the lender to reach an agreement before filing the MTVs, which are expected to be filed over the next two (2) week period.

9. The Debtor anticipates timely file its Plan of Reorganization.

Dated this 25th day of March 2020.

                    **VAN HORN LAW GROUP, P.A.**
                    330 North Andrews Avenue, Suite 450
                    Ft. Lauderdale, FL 33301
                    Telephone: (954) 765-3166
                    Facsimile: (954) 756-7103
                    chad@cvhlawgroup.com

                    /s/ Chad Van Horn, Esq.
By:_____
                    Chad Van Horn, Esq.
                    Florida Bar No. 64500