

**ORDERED in the Southern District of Florida on March 30, 2020.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Case No. 20-12446-EPK

NATES AUTO REPAIR &
PERFORMANCE, INC.,                                   Chapter 11

     Debtor.
_____/

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR ADEQUATE PROTECTION WITHOUT PREJUDICE FOR FAILURE TO PROVIDE REQUIRED NOTICE**

This matter came before the Court upon the *Commercial Credit Group Inc.'s Motion for Relief from the Automatic Stay or for Adequate Protection* [ECF No. 29] (the "Motion") filed by Commercial Credit Group Inc. (the "Movant").

Pursuant to Local Rule 9073-1(A), the clerk issued a notice of hearing [ECF No. 30] with regard to the Motion, setting a hearing on April 2, 2020 at 10:30 a.m.  Local Rule 9073-1(B) required the Movant to immediately serve the notice of hearing and file, not later than two business days after service of the notice of hearing, a certificate of service for the notice of hearing as required under Local Rule 2002-1(F).  Fed. R. Bankr. P. 9006(d) requires that

a notice of hearing be served not later than seven days before the time specified for the hearing. Local Rule 9073-1(B) provides that a request for relief as to which a notice of hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

The Movant filed no certificate of service with regard to the notice of hearing. Under the circumstances of this case, the Court finds that there has not been adequate notice of the hearing scheduled on the Motion. Accordingly, it is ORDERED and ADJUDGED as follows:

1. The Motion [ECF No. 29] is DENIED without prejudice.

2. If counsel who filed the Motion files a motion requesting the same or substantially similar relief on behalf of the Movant, counsel shall not charge the Movant for any fees or expenses in connection with the preparation or filing of such substitute motion including, without limitation, any filing fee.

###

Copy to:

Yolanda P. Strader, Esq.

*Yolanda P. Strader, Esq. shall serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*